UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-32081 |
| CHARLES J. KORAN | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE

This cause coming to be heard on the motion filed by Springbrook Villas Property Association to modify the automatic stay or, in the alternative, to dismiss the Debtor's chapter 13 case, Springbrook Villas Property Association appearing by counsel, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and the Court being duly advised in the premises:

IT IS HEREBY ORDERED THAT:

The motion of Springbrook Villas Property Association is granted and the above-captioned case is dismissed.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 29, 2020

**Prepared by:**

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CSPR004-61009)