## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 13** |
| | ) | |
| **Charles Koran,** | ) | **Case No. 19-32081** |
| | ) | |
| | ) | **Judge Janet S. Baer** |
| | ) | **Geneva, Illinois** |

### NOTICE OF MOTION

To:     Office of Glenn Stearns, Chapter 13 Trustee, via electronic court notice
And Attached Service List

YOU ARE HEREBY NOTIFIED that on June 12, 2020 at 10:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear by telephone before the Honorable Judge Janet S. Baer, or any Judge sitting in her stead and then and there present the attached Motion to Allow Late-Filed Claim, at which time you may appear if you so deem fit.

Any party who objects to a motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

/s/David H. Cutler

### ATTORNEY'S CERTIFICATE OF SERVICE

I, David H. Cutler, an attorney, certify that I caused the above and foregoing Notice and attached Motion to be served on the Trustee via electronic court notice and on the remaining person(s) and/or firm(s) above-addressed by depositing true and correct copies of the same, first class postage prepaid, on the June 8 2020.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

Label Matrix for local noticing
0752-1
Case 19-32081
Northern District of Illinois
Eastern Division
Mon Jun  8 13:58:05 CDT 2020

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Pkwy Suite 425
Dallas, TX 75254-8067

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

First American Bank
80 Stratford Drive
Bloomingdale, IL 60108-2219

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kovitz Shifrin Nesbit
750 West Lake Cook Rd, Ste 350A
Buffalo Grove, IL 60089-2088

McCalla Raymer Leibert Pierce LLC
1 North Dearborn Suite 1200
Chicago, IL 60602-4337

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Springbrook Villas Property Association
c/o Kovitz Shifrin Nesbit
175 N. Archer Ave.
Mundelein, IL 60060-2301

Springbrook Villas Property Owners
c/o Williamson Mgt Co.
215 William St.
Bensenville, IL 60106-3324

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Charles J Koran
124 S Darby Ct
Bloomingdale, IL 60108-1573

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076-2780

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532-4350

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue
Bankruptcy Section, P.O. Box 19035
Springfield, IL 62794-9035

(d)Illinois Dept. of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

U.S. Bank National Association
Attn: Bankruptcy Department
Po Box 5229
Cincinnati, OH 45201

(d)U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Springbrook Villas Property Association

(u)U.S. Bank National Association

End of Label Matrix
Mailable recipients    17
Bypassed recipients     2
Total                  19

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 13** |
| | ) | |
| **Charles Koran,** | ) | **Case No. 19-32081** |
| | ) | |
| | ) | **Judge Janet S. Baer** |
| | ) | **Geneva, Illinois** |

**MOTION TO VACATE ORDER OF DISMISSAL**

NOW COMES the Debtor, Charles Koran, by and through his attorneys, Cutler &

Associates, Ltd., and in support of his Motion to Vacate Order of Dismissal, states and alleges as

follows:

1.      The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on

November 11, 2019.

2.      On or about April 17, 2020, the Debtor's HOA filed a Motion for Relief from the

Automatic Stay. The motion asked that, in the alternative, the Debtor's case be dismissed. Said

motion included two orders, one granting relief from the stay and one providing for dismissal of

the case.

3.      At presentment of the motion on May 29, 2020, the Debtor, through his counsel advised

the Court that he had no defense to the Motion for Relief from Stay.

4.      Perhaps through an error on the Debtor's counsel's part in communicating that the Debtor

had no defense to the motion, this Court entered the order dismissing the Debtor's case.

5.      However, the Debtor did not intend for the case to be dismissed, only that he had no

defense to the motion for relief.

6.      The Debtor files this motion within 14 days of entry of the order of dismissal after

conferring with his counsel on whether he did in fact wish to proceed with this case.

7.      The Debtor further requests that notice be shortened to allow mailing of this motion on

June 8, 2020.

WHEREFORE, the Debtor, Charles Koran, prays for the following relief:

    A.  That this court vacate the order dismissing the Debtor's case; and

    B.  For such other and further relief as this Court deems equitable and just.


                                                    Respectfully Submitted,

Dated: <u>June 8, 2020</u>

                                                    By<u>: /s/ David H. Cutler</u>
                                                    One of the attorneys for the Debtor


Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600